IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEXANDER W. NDAULA, :
   Petitioner :
: No. 1:19-cv-1152
v. :
: (Judge Rambo)
ANGELA HOOVER, :
   Respondent :

# ORDER

**AND NOW**, on this 2nd day of March 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion for declaratory judgment (Doc. No. 24) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                          s/ Sylvia H. Rambo
                                          United States District Judge